# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2020

160231

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

CHRISTOPHER SCOTT THOMAS,
   Defendant-Appellant.
_____/

SC: 160231
COA: 348952
Barry CC: 2017-000911-FC

   On order of the Court, the application for leave to appeal the July 18, 2019 order of the Court of Appeals is considered. We DIRECT the Barry County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

   The application for leave to appeal remains pending.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2020



a0415

        Clerk